# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

STEPHANIE CANDACE MOURE CRAMER,

Appellant,

v.

BRENDAN WALKER,

Appellee.

_____

No. 2D2025-0580
_____

April 29, 2026

Appeal from the Circuit Court for Sarasota County; Maria Ruhl, Judge.

Jaclyn Soroka of Betras Kopp, LLC, Lakewood Ranch, for Appellant.

Shanna Hourihan of Shanna Hourihan Law, LLC, Bradenton, for Appellee.


PER CURIAM.

    Affirmed.


SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.